BARRON HAMM
CDCR# H40789
IRONWOOD STATE PRISON
POST OFFICE BOX 2199
BLYTHE, CALIFORNIA
    92226
IN PRO SE



IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

BARRON HAMM,
    PETITIONER,

VS.

JAMES E. HALL (WARDEN) ET AL.,
    RESPONDENTS.

CASE NO: CV-02-8357-PA (CW)

PETITIONERS REQUEST FOR
A STATUS UPDATE ON THE
PENDING PETITION FOR
WRIT OF HABEAS CORPUS.

TO THE HONORABLE CARLA M. WOEHRLE, UNITED STATES MAGISTRATE JUDGE. PETITIONER BARRON HAMM REQUESTS A "STATUS UPDATE" ON THE AFOREMENTIONED CASE. ON APRIL 5, 2005, THIS COURT TOOK THIS CASE UNDER SUBMISSION. PETITIONER SEEKS A TENATIVE DATE OF A DECISION IN THIS MATTER.

DATED: AUGUST / 2009

RESPECTFULLY SUBMITTED,

*Barron Hamm*
BARRON HAMM
IN PRO SE

PROOF OF SERVICE

Declaration of Service by Mail

I, RUBEN ODELL BOULWARE, declare that I am over the age of eighteen (18) and that I (am/am not) a party to this action. On August 2, 2009 I deposited a copy of the following document(s):

PETITIONERS REQUEST FOR A STATUS UPDATE ON PENDING PETITION.

in a sealed envelope with the postage prepaid into the United States mail outlet via an authorized California Department of Corrections employee at Ironwood State Prison, in Riverside County, Blythe, California, and addressed as follows:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
312 S. SPRING ST # 6-8
LOS ANGELES, CALIFORNIA
90012

DEPARTMENT OF JUSTICE
ATTORNEY GENERAL'S OFFICE
300 S. SPRING ST
LOS ANGELES, CALIFORNIA
90013-1230

I declare under penalty of perjury by the laws of the State of California that the foregoing is true and correct (pursuant to 28 USCA §1746(2)).

DATE 8/2/09                      SIGNATURE [signed]

Priority  
Send  
Enter     X  
Closed  
JS-5/JS-6  
JS-2/JS-3  
Scan Only  

**UNITED STATES DISTRICT COURT**  
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES--GENERAL**

Case No.  CV 02-8357-GLT(CW)                    Date:  April 5, 2005

Title:   Barron Hamm v. James E. Hall (Warden)

================================================================

PRESENT:  Hon. Carla M. Woehrle, United States Magistrate Judge

Donna Y. Thomas                              n/a
Deputy Clerk                              Court Reporter

ATTORNEYS PRESENT FOR PETITIONER: n/a    ATTORNEYS PRESENT FOR RESPONDENT(S): n/a

PROCEEDINGS (IN CHAMBERS):

   Petitioner's motion to submit a supplementary traverse (docket no. 37, filed January 24, 2005) is **GRANTED**.  Petitioner's supplementary traverse (attached to this motion) is deemed filed as of January 24, 2005.  This matter has been taken under submission, and the parties will be notified by mail of any further proceedings.

cc:   Barron Hamm                      Catherine Okawa Kohm
      CDC # H-40789                    Deputy Attorney General
      Ironwood State Prison            300 S. Spring St.
      P. O. Box 2199                   Los Angeles, CA 90013-1230
      Blythe, CA 92226-2199

DOCKETED ON CM  
APR - 6 2005  
BY _____ 046

(38)

Initials of Deputy Clerk _____