UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRON HAMM, <br><br>        Petitioner, <br><br>    v. <br><br>JAMES E. HALL (Warden), <br><br>        Respondent. | No. CV 02-8357-PA(CW) <br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. The court has engaged in a *de novo* review of those portions of the Report and Recommendation to which objection has been made. The Court accepts the findings and recommendation of the Magistrate Judge. **IT IS THEREFORE ORDERED** that judgment be entered denying the Petition and dismissing this action with prejudice.

DATED: November 21, 2011

                                              PERCY ANDERSON <br>                                     United States District Judge